U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 JUL 24 AM II: 33

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA,

*ex rel.* VERITY INVESTIGATIONS, LLC,

       *Plaintiff/Relator*,

v.

BUSCO, INC.,

       *Defendant.*

Case No. _8:24-cv-276_

**FILED UNDER SEAL PURSUANT**
**TO 31 U.S.C. § 3730(b)(2)**

**RELATOR'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2(e)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2(e),

Relator Verity Investigations LLC ("Relator") makes the following disclosures:

There is no such corporation that is a parent corporation of Relator.

There is no such corporation that owns 10% or more of Relator's stock.

Relator is wholly owned by two individuals: Gregory Lynam and Scott Knott.

Relator understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must

promptly file a supplemental statement upon any change in the information that this statement

requires.

Date: July 19, 2024

Respectfully submitted,

Steven M. Shepard
Stephen Shackelford, Jr. (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor

1

New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

---

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE AMERICAS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

AMY GREGORY
DIRECT DIAL (212) 729-2018

E-MAIL AGREGORY@SUSMANGODFREY.COM

July 19, 2024

Clerk of Court
United States District Court
District of Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

Re:     *United States ex rel. Verity Investigations, LLC v. Busco, Inc.*, Case No. 8:24-cv-276

To whom it concerns:

Please find enclosed a Corporate Disclosure Statement. This is to be filed in *United States ex rel. Verity Investigations, LLC v. Busco, Inc.*, Case No. 8:24-cv-276. Because the case is sealed, we are unable to file via ECF. If you have any questions, please do not hesitate to call our office at 212-729-2018.

Sincerely,

Amy Gregory

RECEIVED

JUL 2 4 2024

CLERK
U.S. DISTRICT COURT

CERTIFIED MAIL

9589 0710 5270 0772 8379 62




FIRST-CLASS

US POSTAGE™PITNEY BOWES

ZIP 10001
02 7H
0001350305    JUL 19 2024

$ 009.92⁰

**SUSMAN GODFREY L.L.P.**
ONE MANHATTAN WEST
50TH FLOOR
NEW YORK, NY 10001-8602

To

Clerk of Court
United States District Court
District of Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102


RETURN RECEIPT REQUESTED

RECEIVED

JUL 24 2024

CLERK
U.S. DISTRICT COURT

