UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC., <br><br> Plaintiff/Relator, <br><br> vs. <br><br> BUSCO, INC., <br><br> Defendant. | CIVIL ACTION NO. 8:24cv276 <br><br> **ORDER** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  the Complaint be unsealed and served upon the defendant by the relator;

2.  this Order and the United States' Notice of Election to Decline Intervention will be served upon the defendant only after service of the complaint;

3.  the submissions at Filing No. 7 (United States of America's *Ex Parte* Memorandum In Support of Motion for Extension of Time, filed September 10, 2024), Filing No. 11 (United States of America's *Ex Parte* Memorandum In Support of Motion for Extension of Time, filed March 10, 2025), Filing No. 14 (United States of America's *Ex Parte* Memorandum In Support of Motion for Extension of Time, filed September 10, 2025), and Filing No. 17 (United States of America's *Ex Parte* Memorandum In Support of Motion for Extension of

Time, filed September 8, 2025) remain under seal and not be made public or served upon the defendant, as 31 U.S.C. § 3730(b)(3) authorizes these *in camera* filings to apprise the Court of the Government's investigation;

4. the seal be lifted as to all other contents of the Court's file and all other matters occurring in this action after the date of this Order;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts;

6. the United States is entitled to intervene in this action, for good cause, at any time, as provided for in 31 U.S.C. § 3730(c)(3);

7. the parties shall serve all notices of appeal upon the United States;

8. all orders of this Court shall be sent to the United States; and that

9. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 5th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge